UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RIGOBERTO SANDOVAL,<br>Individually and On Behalf of the<br>NOVITEX ENTERPRISE SOLUTIONS<br>RETIREMENT SAVINGS PLAN,<br><br>             Plaintiff,<br><br>    v.<br><br>NOVITEX ENTERPRISE SOLUTIONS,<br>INC., NOVITEX ENTERPRISE SOLUTIONS<br>EMPLOYEE BENEFITS COMMITTEE and<br>DOES NO. 1-10, Whose Names Are<br>Currently Unknown,<br><br>             Defendants. | CIVIL ACTION NO. 3:17-cv-01573<br><br><br><br><br><br><br>DECEMBER 6, 2017 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83 1 (d), Terence J. Brunau, of the law firm of Murtha Cullina LLP, counsel to Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee, and a member of the bar of this Court, respectfully moves for an order for the admission *pro hac vice* of Meaghan VerGow, to represent Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee in the above-captioned case. As more fully stated in the Affidavit of Meaghan VerGow (attached at Exhibit 1):

    1.    Attorney VerGow is a partner in the law firm of O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006; telephone:  202-383-5504; email:  *mvergow@omm.com*.

2. Attorney VerGow is a member of the bar of the State of New York (bar identification number 4472775) and the District of Columbia (bar identification number 977165); Attorney VerGrow is admitted to practice in the U.S. District Court for the District of Colorado, the U.S. District Court for the District of Columbia (bar identification number 977165), the U.S. Court of Appeals for the First Circuit (bar identification number 1180158), the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit (bar identification number 55409), the U.S. Court of Appeals for the Federal Circuit, and the United States Supreme Court (bar identification number 275240).

3. Attorney VerGow is counsel for Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee in this matter, and she is familiar with the facts set forth herein.

4. Attorney VerGow has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Attorney VerGow has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. Attorney VerGow has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  Attorney VerGow has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her *pro hac vice* admission.

8.  A certificate of good standing from the District of Columbia Court of Appeals, the district where Attorney VerGow's primary office is located, is attached at Exhibit 2.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *Pro Hac Vice*.

    Respectfully submitted,

    DEFENDANTS – NOVITEX
    ENTERPRISE SOLUTIONS, INC. AND
    NOVITEX ENTERPRISE SOLUTIONS
    EMPLOYEE BENEFITS COMMITTEE

    By    /s/ Terence J. Brunau
        Jennifer M. DelMonico – ct21751
        *jdelmonico@murthalaw.com*
        Terence J. Brunau – ct29363
        *tbrunau@murthalaw.com*

    MURTHA CULLINA LLP
    One Century Tower
    265 Church Street, 9th Floor
    New Haven, CT 06510
    Tel.: 203-772-7700
    Fax: 203-772-7723

    *Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terence J. Brunau
Terence J. Brunau – ct29363