UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RIGOBERTO SANDOVAL,**<br>**Individually and On Behalf of the**<br>**NOVITEX ENTERPRISE SOLUTIONS**<br>**RETIREMENT SAVINGS PLAN,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 3:17-cv-01573** |
| **v.** | |
| **NOVITEX ENTERPRISE SOLUTIONS,**<br>**INC., NOVITEX ENTERPRISE SOLUTIONS**<br>**EMPLOYEE BENEFITS COMMITTEE and**<br>**DOES NO. 1-10, Whose Names Are**<br>**Currently Unknown,** | **DECEMBER 7, 2017** |
| **Defendants.** | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83 1 (d), Terence J. Brunau, of the law firm of Murtha Cullina LLP, counsel to Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee, and a member of the bar of this Court, respectfully moves for an order for the admission *pro hac vice* of Brian Boyle, to represent Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee in the above-captioned case. As more fully stated in the Affidavit of Brian Boyle (attached at Exhibit 1):

1.      Attorney Boyle is a partner in the law firm of O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006; telephone: 202-383-5327; email: _mboyle@omm.com_.

2.      Attorney Boyle is a member of the bar of the State of California (bar identification number 126576) and the District of Columbia (bar identification number 419773); Attorney Boyle is admitted to practice before the U.S. District Court for the District of Columbia (bar identification number 419773), the U.S. District Court for the Central District of California (bar identification number 126576), the U.S. District Court for the Southern District of California (bar identification number 126576), the U.S. Court of Appeals for the First Circuit (bar identification number 1154810), the U.S. Court of Appeals for the Second Circuit (bar identification number 93-636), the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit (bar identification number 42242), and the United States Supreme Court (bar identification number 209486).

3.      Attorney Boyle is counsel for Novitex Enterprise Solutions, Inc. and Novitex Enterprise Solutions Employee Benefits Committee in this matter, and he is familiar with the facts set forth herein.

4.      Attorney Boyle has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      Attorney Boyle has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

2

6.      Attorney Boyle has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      Attorney Boyle has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his *pro hac vice* admission.

8.      A certificate of good standing from the District of Columbia Court of Appeals, the district where Attorney Boyle's primary office is located, is attached at Exhibit 2.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *Pro Hac Vice*.

Respectfully submitted,

DEFENDANTS – NOVITEX
ENTERPRISE SOLUTIONS, INC. AND
NOVITEX ENTERPRISE SOLUTIONS
EMPLOYEE BENEFITS COMMITTEE

By     */s/ Terence J. Brunau*
        Jennifer M. DelMonico – ct21751
        *jdelmonico@murthalaw.com*
        Terence J. Brunau – ct29363
        *tbrunau@murthalaw.com*

MURTHA CULLINA LLP
One Century Tower
265 Church Street, 9th Floor
New Haven, CT 06510
Tel.:  203-772-7700
Fax:  203-772-7723

*Its Attorneys*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Terence J. Brunau
Terence J. Brunau – ct29363