## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RIGOBERTO SANDOVAL, | : | Civil Action |
| individually and as a representative of a class of | : | No.  3:17-cv-1573 (MPS) |
| similarly situated plan participants and | : | |
| beneficiaries, on behalf of the | : | |
| EXELA 401(k) PLAN, | : | |
| the successor-in-interest of the | : | |
| NOVITEX ENTERPRISE SOLUTIONS | : | |
| RETIREMENT SAVINGS PLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EXELA ENTERPRISE SOLUTIONS, INC., | : | |
| NOVITEX ENTERPRISE SOLUTIONS | : | |
| EMPLOYEE BENEFITS COMMITTEE | : | |
| and DOES NO. 1-10, Whose Names Are | : | |
| Currently Unknown, | : | |
| | : | |
| Defendants. | : | August 3, 2021 |
| | : | |

---

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
### OF CLASS SETTLEMENT, ATTORNEYS' FEES, AND SERVICE AWARD

---

PLEASE TAKE NOTICE that Plaintiff, Rigoberto Sandoval ("Plaintiff"), on behalf of

the proposed Settlement Class[1] and the Exela 401(k) Plan (the "Exela Plan"), the successor-in-

interest of the Novitex Enterprise Solutions Retirement Savings Plan (the "Novitex Plan"),

hereby moves the Court to grant Plaintiffs' Unopposed Motion for Final Approval of Class

Settlement, Attorneys' Fees, and Service Award ("Motion") pursuant to the Court's Order

Granting Plaintiff's Revised Motion for Preliminary Approval and Approval of Class Notice

dated April 26, 2021 ("Preliminary Approval Order").  See ECF No. 87.  Defendants, Exela

---

[1]Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in
Plaintiff's Memorandum of Law filed contemporaneously herewith.

Enterprise Solutions, Inc. and the Novitex Enterprise Solutions Employee Benefits Committee (together, "Defendants") do not oppose this Motion.

With this Motion, Plaintiff moves the Court to enter an Order that grants final approval of the proposed Settlement as fair, reasonable and adequate, sanctions an award of attorneys' fees (inclusive of expenses) in the amount of 25% of the Settlement Fund to Class Counsel, and sanctions a Service Award of $15,000 to the Class Representative, as described in the Settlement and accompanying Memorandum of Law.  Plaintiff brings this Motion pursuant to Federal Rule of Civil Procedure 23(e), and it is supported by the accompanying Memorandum of Law; the Declaration of Laurie Rubinow; the Declarations of Cornelia Vieira and Josephine Bravata of Settlement Administrator Strategic Claims Services ("SCS") and supporting exhibits; the Declaration of Rigoberto Sandoval; the pleadings, records, and papers on file in this action; and all other matter properly before this Court.

The parties have met all deadlines provided in the Preliminary Approval Order.  Plaintiff stands ready to provide any additional information or materials that the Court may require in connection with its consideration of the Motion.

Dated: August 3, 2021

Respectfully submitted,

MILLER SHAH LLP

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
          lrubinow@millershah.com

Nathan C. Zipperian
MILLER SHAH LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
Email: nczipperian@millershah.com

Ronald S. Kravitz
Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
       kctang@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       ajberin@millershah.com

Sahag Majarian
LAW OFFICES OF SAHAG MAJARIAN
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
Email: sahagii@aol.com

***Attorneys for Plaintiff, the Class
and the Exela 401(k) Plan***